**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Capstone Turbine International, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **N/A** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-1514270 |
| 4. | **Debtor's address** | **Principal place of business**<br><br>16640 Stagg Street, Van Nuys, California 91406<br>Number, Street, City, State & ZIP Code<br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | https://www.capstonegreenenergy.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Capstone Turbine International, Inc.**                                          Case number (*if known*) _____
                Name

**7. Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
**3336**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☒ A plan is being filed with this petition.

  ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **See Schedule 1, attached**        Relationship _____
District _____       When _____       Case number, if known _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 2
30769529.1

Debtor   **Capstone Turbine International, Inc.**                                   Case number (*if known*) _____
         <small>Name</small>

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other<br>**Where is the property?** _____<br>                                                     Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>             Contact name   _____<br>             Phone          _____ |

### Statistical and administrative information (on a consolidated basis)

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** (on a consolidated basis) | ☐ 1-49        ☐ 1,000-5,000       ☐ 25,001-50,000<br>☐ 50-99       ☐ 5001-10,000      ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000<br>☒ 200-999 |
| **15.** | **Estimated assets** (on a consolidated basis) | ☐ $0 - $50,000           ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million   ☒ $100,000,001 - $500 million   ☐ More than $50 billion |
| **16.** | **Estimated liabilities** (on a consolidated basis) | ☐ $0 - $50,000           ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million   ☒ $100,000,001 - $500 million   ☐ More than $50 billion |

Debtor **Capstone Turbine International, Inc.**  Case number (*if known*) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/28/2023
             MM / DD / YYYY

**X** */s/ John Juric*                                   John Juric
Signature of authorized representative of debtor         Printed name

Title  **Chief Financial Officer**

---

**18. Signature of attorney**

**X** */s/ Matthew Lunn*                                 Date  09/28/2023
Signature of attorney for debtor                         MM / DD / YYYY

**Matthew Lunn**
Printed name

**Young Conaway Stargatt & Taylor, LLP**
Firm name

**Rodney Square, 1000 N. King Street, Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **(302) 571-6600**    Email address  **mlunn@ycst.com**

**4119 DE**
Bar number and State

**Schedule 1**

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the affiliated entities listed below (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. Contemporaneously with the filing of their voluntary petitions, the Debtors have filed a motion requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered under the number assigned to the chapter 11 case of Capstone Green Energy Corporation.

| Entity Name | Federal Employer Identification Number |
| --- | --- |
| Capstone Green Energy Corporation | 95-4180883 |
| Capstone Turbine International, Inc. | 20-1514270 |
| Capstone Turbine Financial Services, LLC | N/A |

**OMNIBUS WRITTEN CONSENT
OF
CAPSTONE GREEN ENERGY CORPORATION
CAPSTONE TURBINE INTERNATIONAL, INC.
CAPSTONE TURBINE FINANCIAL SERVICES, LLC**

**September 26, 2023**

The undersigned, being every member of the board of directors and the sole member (each, a "Governing Body"), as applicable, of CAPSTONE GREEN ENERGY CORPORATION, a Delaware corporation (the "CGRN"), CAPSTONE TURBINE INTERNATIONAL, INC., a Delaware corporation ("Capstone International"), and CAPSTONE TURBINE FINANCIAL SERVICES, LLC, a Delaware limited liability company ("Capstone Financial" and together with the CGRN and Capstone International collectively, the "Companies", and each, a "Company"), hereby take the following actions and adopt the following resolutions (the "Resolutions") by written consent in lieu of a meeting of each Governing Body, with the same force and effect as if taken at a meeting of such Governing Body:

**WHEREAS**, a special meeting of the Governing Body was held by telephone and videoconference on September 26, 2023, of which all members of the Governing Body were provided sufficient notice;

**WHEREAS**, each Governing Body has considered presentations by the management of, and the financial and legal advisors to, each Company regarding the liabilities and liquidity situation of such Company, the strategic alternatives available to it, and the effect of the foregoing on such Company's business, creditors, and other parties in interest;

**WHEREAS**, CGRN engaged Greenhill & Co. LLC ("Greenhill") to lead efforts to either refinance the notes issued pursuant to that certain Amended and Restated Note Purchase Agreement, dated as of October 1, 2020 (as amended, restated, supplemented or otherwise modified from time to time, the "NPA"), by and among each Company, the purchaser party thereto (the "Purchaser"), and Goldman Specialty Lending Group, L.P. (as successor in interest to Goldman Sachs Specialty Lending Holdings, Inc.; in its capacity as collateral agent, the "NPA Collateral Agent") or to identify an acquirer of the Companies;

**WHEREAS**, Greenhill's efforts to either refinance the notes issued pursuant to the NPA or to identify an acquirer were unsuccessful;

**WHEREAS**, each Governing Body has had the opportunity to consult with the applicable Company's management, and financial and legal advisors and other professionals, and fully consider each of the strategic alternatives available to each Company;

**WHEREAS**, based on its review of all available alternatives and advice provided by such advisors and professionals, each Governing Body has determined

1

it is in the best interest of each Company and its stakeholders for such Company to take the actions specified in the following Resolutions;

**WHEREAS**, each Governing Body has been presented with a proposed petition to be filed by each Company in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in which the authority to operate as a debtor-in-possession will be sought;

**WHEREAS**, each Governing Body, having considered the financial and operational aspects of each Company's business and the best course of action to maximize value, deems it advisable and in the best interests of such Company, its creditors, and other interested parties that a petition be filed by such Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code; and

**WHEREAS**, the Companies have prepared or negotiated that certain Transaction Support Agreement by and among the Companies, the Purchaser, and NPA Collateral Agent, dated as of September 26, 2023 (the "Transaction Support Agreement"), the *Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Capstone Green Energy Corporation and its Debtor Affiliates* (the "Disclosure Statement"), and the *Joint Prepackaged Chapter 11 Plan of Reorganization of Capstone Green Energy Corporation and its Debtor Affiliates* (the "Plan", and together with the Transaction Support Agreement, Disclosure Statement, and related documents in support of the Transaction Support Agreement, Disclosure Statement, and Plan, the "Plan Documents").

**NOW, THEREFORE, BE IT:**

**Chapter 11 Petitions**

**RESOLVED**, that in the judgment of each Governing Body it is desirable and in the best interests of the applicable Company, creditors, employees, stakeholders and other interested parties, that a voluntary petition be filed by such Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code, and the filing of such petition is authorized hereby; and be it further

**RESOLVED**, that John Juric, Chief Financial Officer of each Company and Robert C. Flexon, Interim President and Chief Executive Officer of each Company (the "Authorized Persons"), is hereby authorized and empowered, on behalf of and in the name of such Company, to execute and verify a petition in the name of such Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court (collectively, the "Chapter 11 Case") in such form and at such time as the Authorized Person executing said petition on behalf of such Company shall determine; and be it further

**Plan Documents**

**RESOLVED**, that each Authorized Person be, and hereby is, authorized and empowered, on behalf of and in the name of each Company, to execute the Plan Documents and make, execute, deliver and file or to cause to be made, executed, delivered and filed any and all agreements, instruments, certificates and documents as is necessary, convenient or appropriate in furtherance of the Plan Documents; and be it further

**RESOLVED**, that each Authorized Person be, and hereby is, authorized and empowered, on behalf of and in the name of each Company, to file and prosecute the Plan Documents and make, execute, deliver and file or to cause to be made, executed, delivered and filed any and all agreements, instruments, certificates and documents as is necessary, convenient or appropriate in furtherance of the Plan Documents and the restructuring transactions contemplated by the Plan Documents (the "<u>Restructuring Transactions</u>"); and be it further

**RESOLVED**, that each Authorized Person be, and hereby is, authorized and empowered, on behalf of and in the name of each Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all agreements, certificates, instruments and other documents in furtherance of the Plan Documents and to incur and pay or cause to be paid all fees and expenses and engage such persons as may be necessary to give effect to such Restructuring Transactions; and be it further

**RESOLVED**, that each Authorized Person be, and hereby is, authorized and empowered, on behalf of and in the name of each Company, to take any and all actions to obtain approval by the Bankruptcy Court or any other regulatory or governmental entity of the Restructuring Transactions and Plan Documents, including, without limitation, filing or causing to be filed the Plan Documents with the Bankruptcy Court; and be it further

**RESOLVED**, that all acts and actions taken by the Authorized Persons or any other officer, director or agent designated by an Authorized Person prior to the date hereof with respect to the Restructuring Transactions and any of the other Plan Documents be, and hereby are, in all respects confirmed, approved, and ratified; and be it further

**Retention of Advisors**

**RESOLVED**, that, in connection with the Chapter 11 Case, each Authorized Person is hereby authorized, empowered, and directed, with full power of delegation, in the name and on behalf of each Company, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other professionals, on behalf of the Company, which such Authorized Person deems necessary, appropriate or advisable in connection with, or in furtherance of, the Chapter 11 Case, with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that the Authorized Person deemed the same to meet such standard); and be it further

**RESOLVED**, that the firm of Katten Muchin Rosenman LLP, located at 525 West Monroe Street, Chicago, Illinois 60661, is hereby retained as Chapter 11 counsel for each Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Young Conaway Stargatt & Taylor, LLP located at 1000 North King Street, Wilmington, Delaware 19801, is hereby retained as co-counsel for each Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Riveron RTS, LLC, located at Two Houston Center, 909 Fannin Street, Suite 4000, Houston, Texas, is hereby retained as financial advisor for each Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, New York, is hereby retained as claims, noticing and solicitation agent and administrative advisor for each Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**General Authority**

**RESOLVED**, that each Authorized Person is hereby, authorized and empowered, on behalf of and in the name of each Company, to take or cause to be taken any and all such actions, agreements, certificates, instruments, and other documents and to pay all expenses, including, but not limited to filing fees, in each case, in such Authorized Person's judgment, shall be necessary, appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein; and be it further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by each Authorized Person, or by any employees or agents of each Company, on or before the date hereof in connections with the transactions contemplated by the foregoing Resolutions be, and they hereby are, ratified, confirmed, and approved in all respects by the Governing Body; and be it further

**RESOLVED**, that the Governing Body has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing Resolutions, as may be required by the organizational documents of each Company, or hereby waive any right to have received such notice; and be it further

**RESOLVED**, that all previous resolutions of each Company or any committee thereof which are inconsistent with these Resolutions are hereby repealed, revoked and rescinded to the extent of any such inconsistency; and be it further

**RESOLVED**, that these Resolutions may be executed in any number of counterparts, each of which shall be deemed an original and all of which together shall be deemed to constitute one or the same Resolutions.

This Consent may be executed in counterparts and may be executed and delivered by facsimile, email of a .pdf file or other electronic transmission.

[*Signature Pages Follow*]

**IN WITNESS WHEREOF**, the undersigned have executed this Action by Written Consent of the Governing Body as of the date first set forth above.

**Entity: CAPSTONE GREEN ENERGY CORPORATION**

**BOARD OF DIRECTORS**:

_____
Robert C. Flexon   26 Sep, 2023 5:08:50 PM CDT

_____
Ping Fu   26 Sep, 2023 4:12:23 PM CDT

_____
Yon Y. Jorden   26 Sep, 2023 5:08:35 PM CDT

_____
Robert F. Powelson   26 Sep, 2023 5:18:41 PM CDT

_____
Denise Wilson   26 Sep, 2023 3:49:07 PM CDT

6

**IN WITNESS WHEREOF**, the undersigned have executed this Action by Written Consent of the Governing Body as of the date first set forth above.

**Entity: CAPSTONE TURBINE INTERNATIONAL, INC.**

<u>**BOARD OF DIRECTORS**</u>:

*/s/ Robert C. Flexon*
Robert C. Flexon

7

**IN WITNESS WHEREOF**, the undersigned have executed this Action by Written Consent of the Governing Body as of the date first set forth above.

**Entity: CAPSTONE TURBINE FINANCIAL SERVICES, LLC**

<u>**SOLE MEMBER:**</u>
<u>**CAPSTONE GREEN ENERGY CORPORATION**</u>:

*/s/ Robert C. Flexon*

Name: Robert C. Flexon
Title: Executive Chairman, Interim President and Chief Executive Officer

8

**Fill in this information to identify the case:**

Debtor name: Capstone Green Energy Corporation, *et al.*
United States Bankruptcy Court for the: District of Delaware
Case number (if known): _____TBD_____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 1 | Beijing Institute of Aeronautical<br>Attn: Zhou Leimin<br>Huanshancun,Wenquan Town<br>Beijing, 010 100095<br>China | Beijing Institute of Aeronautical<br>Attn: Zhou Leimin<br>Phone: 861062497204<br>Fax: 8610-62456925<br>Email: leimin.zhou@biam.ac.cn | Trade | | | | $6,126,490.00 |
| 2 | AUER Precision Company<br>Attn: Tina Welsh<br>1050 West Birchwood<br>Mesa, AZ 85210 | AUER Precision Company<br>Attn: Tina Welsh<br>Phone: 480-834-4637<br>Fax: 480-964-3090<br>Email: twelsh@auerprecision.com | Trade | | | | $3,678,950.23 |
| 3 | Radius Aerospace, Inc<br>Attn: Alan Lewis<br>6733 West Willis Road<br>Chandler, AZ 85226 | Radius Aerospace, Inc<br>Attn: Alan Lewis<br>Phone: 480-639-1151<br>Fax:<br>Email: alewis@radiusaerospace.com | Trade | | | | $2,513,094.00 |
| 4 | ZA Manufacturing LLC<br>Attn: Ana Dipp<br>968 J. Tapia Ct<br>Calexico, CA 92231 | ZA Manufacturing LLC<br>Attn: Ana Dipp<br>Phone: 760-427-1815<br>Fax:<br>Email: adipp.za.mfg@gmail.com | Trade | | | | $1,750,987.80 |
| 5 | Photo Fabricators Inc.<br>Attn: Garrett Brooks<br>7648 Burnet Avenue<br>Van Nuys, CA 91405 | Photo Fabricators Inc.<br>Attn: Garrett Brooks<br>Phone: 818-781-1010 x102<br>Fax:<br>Email: Garrett@photofabricators.com | Trade | | | | $1,367,480.40 |
| 6 | DV Energy LLC<br>Attn: Andrei Cheremkin<br>Mkr Ptitsefabrika 1/2<br>Yakutia (Sakha)<br>Republic Yakutsk 677021<br>Russia | DV Energy LLC<br>Attn: Andrei Cheremkin<br>Phone: 7 411 2318440<br>Fax:<br>Email: aic@dvenergy.pro | Customer Refund | | | | $715,552.38 |
| 7 | RND Enterprises<br>Attn: Linda Franklin<br>820 E. Avenue L-12<br>Lancaster, CA 93535 | RND Enterprises<br>Attn: Linda Franklin<br>Phone: 661-940-8554<br>Fax: 661-940-0388<br>Email: accounting@rndcable.com | Trade | | | | $656,604.59 |
| 8 | Amanet<br>Attn: Natalia Garzo<br>7001 Eton Ave Ste # B<br>Canoga Park, CA 91303 | Amanet<br>Attn: Natalia Garzo<br>Phone: 818-786-1113<br>Fax: 818-786-5736<br>Email: natalia@amanet.com | Trade | | | | $584,500.67 |
| 9 | Windtech Inc<br>Attn: Gian Carlo Fu<br>91 N G Ave<br>Douglas, AZ 85607 | Windtech Inc<br>Attn: Gian Carlo Fu<br>Phone: 520-364-7372<br>Fax: 775-258 -8196<br>Email: GianCarlo.Fu@Windtech.com | Trade | | | | $455,497.20 |
| 10 | Platinum Cargo Logistics Inc<br>Attn: Kristy Doan<br>Dept# 42139<br>Dallas, CO 75265-0823 | Platinum Cargo Logistics Inc<br>Attn: Kristy Doan<br>Phone: 310-436-2060<br>Fax: 720-500-2445<br>Email: kristy.doan@platinumcargo.com | Trade | | | | $356,498.53 |
| 11 | RS Truck Line<br>Attn: Jazmin Escarzaga<br>8504 Firestone Blvd #146<br>Downey, CA 90241 | RS Truck Line<br>Attn: Jazmin Escarzaga<br>Phone: 800-535-6813<br>Fax: 888-315-5424<br>Email: billing.rstruckline@gmail.com | Trade | | | | $280,115.00 |
| 12 | Megna Precision Sheet Metal<br>Attn: Karin Urban<br>8740 Winnetka Ave<br>Northridge, CA 91324 | Megna Precision Sheet Metal<br>Attn: Karin Urban<br>Phone: 727-365-8248<br>Fax:<br>Email: karin@k-bros.com | Trade | | | | $274,317.84 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 13 | Schneider's Manufacturing Co., Inc<br>Attn: Christina Schneider<br>11122 Penrose Street<br>Sun Valley, CA 91352 | Schneider's Manufacturing Co., Inc<br>Attn: Christina Schneider<br>Phone: 818-771-0082<br>Fax: 818-771-0204<br>Email: christina@schneidersmanufacturing.com | Trade | | | | $210,992.65 |
| 14 | Warren Power & Machinery, Inc<br>Attn: Kimberly Rotberg<br>15 Smith Rd Suite 4000<br>Midland, TX 79705 | Warren Power & Machinery, Inc<br>Attn: Kimberly Rotberg<br>Phone: 432-570-3236<br>Fax: 432-563-0973<br>Email: Kimberly.Rotberg@warrencat.com | Trade | | | | $205,200.00 |
| 15 | Dry Coolers Inc.<br>Attn: Melissa Lawrence<br>575 S. Glaspie Street<br>Oxford, MI 48371 | Dry Coolers Inc.<br>Attn: Melissa Lawrence<br>Phone: 248-969-3400<br>Fax: 248-969-3401<br>Email: melissa@drycoolers.com | Trade | | | | $198,324.50 |
| 16 | T.H.T. Machining, Inc.<br>Attn: Ha Dao<br>7902 North Glen Harbor Blvd<br>Glendale, AZ 85307 | T.H.T. Machining, Inc.<br>Attn: Ha Dao<br>Phone: 602-269-7999<br>Fax: 602-269-7901<br>Email: Ha@thtmachining.com | Trade | | | | $185,577.34 |
| 17 | Prologis LP<br>Attn: Susan Roy<br>1800 Wazee St, Ste 500<br>Denver, CO 80202 | Prologis LP<br>Attn: Susan Roy<br>Phone:<br>Fax:<br>Email: sroy@prologis.com | Rent | | | | $182,494.62 |
| 18 | IEC SPEI Limited<br>Attn: Nigel Davy<br>11-13 Marverly Avenue Unit #14<br>Kingston, 10<br>Jamaica | IEC SPEI Limited<br>Attn: Nigel Davy<br>Phone:<br>Fax:<br>Email: ndavy@ieclja.com | Trade | | | | $180,774.50 |
| 19 | Trend Technologies. LLC<br>Attn: Jill West<br>4626 Eucalyptus Ave.<br>Chino., CA 91710 | Trend Technologies. LLC<br>Attn: Jill West<br>Phone: 909-597-7861<br>Fax: 909-597-2284<br>Email: jwest@Trendtechnologies.com | Trade | | | | $178,409.82 |
| 20 | Vaga Industries<br>Attn: Linda.Fry<br>2505 Loma Avenue<br>S. El Monte, CA 91733 | Vaga Industries<br>Attn: Linda.Fry<br>Phone: 626-442-7436<br>Fax: 626-442-4330<br>Email: linda.fry@vaga.com | Trade | | | | $153,440.40 |
| 21 | AG World Transport<br>Attn: Wind Ng<br>238 Lawrence Ave<br>San Francisco, CA 94080 | AG World Transport<br>Attn: Wind Ng<br>Phone: 650-246-3737<br>Fax: 650-246-3939<br>Email: windy.ng@omnilogistics.com | Trade | | | | $145,505.08 |
| 22 | Anhui Yingliu Electromechanical Co.<br>Attn: Eileen Tu<br>566 Fanhua Avenue<br>Hefei, 110 230601<br>China | Anhui Yingliu Electromechanical Co.<br>Attn: Eileen Tu<br>Phone: 551-63737845<br>Fax: 0086-551-63821666<br>Email: | Trade | | | | $135,048.40 |
| 23 | KCTG Holdings LP<br>Attn: Kim Graw<br>PO Box 2256<br>Wichita, KS 67201-2256 | KCTG Holdings LP<br>Attn: Kim Graw<br>Phone: 607-442-4196<br>Fax:<br>Email: KESInvoice@kes.global | Trade | | | | $125,650.00 |
| 24 | Spang & Company<br>Attn: Dawn E. Duncan<br>110 Delta Dr<br>Pittsburgh, PA 15238 | Spang & Company<br>Attn: Dawn E. Duncan<br>Phone: 412-963-9363<br>Fax: 412-696-0333<br>Email: ARmailbox@Spang.com | Trade | | | | $118,598.20 |
| 25 | Phoenix Contact USA Inc<br>Attn: Tonya Schlosser<br>586 Fulling Mille Road<br>Middletown, PA 17057 | Phoenix Contact USA Inc<br>Attn: Tonya Schlosser<br>Phone: 800-808-7177<br>Fax: 717-944-1625<br>Email: TSchlosser@phoenixcontact.com | Trade | | | | $116,436.71 |
| 26 | Vilter Manufacturing LLC<br>Attn: Krsma Strohmeier<br>5555 South Packard Ave<br>Cudahy, WI 53110 | Vilter Manufacturing LLC<br>Attn: Krsma Strohmeier<br>Phone: 414-486-2608<br>Fax: 414-744-1769<br>Email: Krsma.Strohmeier@Emerson.com | Trade | | | | $115,787.60 |
| 27 | Impro Aerotek USA, Inc<br>Attn: Miki Chiou<br>21660 East Copley Drive, Ste 100<br>Diamond Bar, CA 91765 | Impro Aerotek USA, Inc<br>Attn: Miki Chiou<br>Phone: 909-396-6525 x103<br>Fax: 909-396-1677<br>Email: | Trade | | | | $104,881.13 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 28 | Orange County Thermal Industries In<br>Attn: Lauren Wakai<br>1350 N Hundley St<br>Anaheim, CA 92806 | Orange County Thermal Industries In<br>Attn: Lauren Wakai<br>Phone: 714-279-9416<br>Fax: 714-279-9562<br>Email: lwakai@teamocti.com | Trade | | | | $91,620.15 |
| 29 | CASS Customization<br>Attn: Sandip Desai<br>9428 Eton Ave, Unit K<br>Chatsworth, CA 91311 | CASS Customization<br>Attn: Sandip Desai<br>Phone: 818-717-8823<br>Fax:<br>Email: Sandip@CASSCustomization.com | Trade | | | | $84,593.24 |
| 30 | Powerohm Hubbell Industrial Control<br>Attn: Mindy Delaney<br>4301 Cheyenne Dr<br>Archdale, NC 27263 | Powerohm Hubbell Industrial Control<br>Attn: Mindy Delaney<br>Phone: 336-434-2800<br>Fax: (336) 434-2803<br>Email: mdelaney@hubbell.com | Trade | | | | $80,310.00 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| **CAPSTONE GREEN ENERGY CORPORATION**, *et al.*, | Case No. 23-[___] (___) |
| Debtors.[1] | (Joint Administration Requested) |

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (each, a "Debtor") hereby state as follows:

1. Debtor Capstone Green Energy Corporation owns approximately 99% of the equity interests in Debtor Capstone Turbine International, Inc.[2] and 100% of the equity interests in Debtor Capstone Turbine Financial Services, LLC.[3]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Capstone Green Energy Corporation (0883); Capstone Turbine International, Inc. (4270); and Capstone Turbine Financial Services, LLC (N/A). The Debtors' mailing address is 16640 Stagg Street, Van Nuys, California 91406.

[2] The remaining approximately 1% of the equity interests in Debtor Capstone Turbine International, Inc. is held by certain of the Debtors' key employees and directors who were issued such shares prior to the Petition Date.

[3] Debtor Capstone Green Energy Corporation is a publicly traded company. Pursuant to the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information, (II) Waiving the Requirement to File a List of Equity Security Holders, and (III) Granting Related Relief*, the Debtors are requesting waiver of the requirement that they file a list of Capstone Green Energy Corp's equity security holders under rules 1007(a)(3) and 2002(d) of the Federal Rules of Bankruptcy Procedure.

30769871.1

**Fill in this information to identify the case:**

Debtor name  **Capstone Turbine International, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒ Other document that requires a declaration   **Consolidated Corporate Ownership Statement**

☐ Other document that requires a declaration   **N/A**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **09/28/2023**          X  */s/ John Juric*
                                          Signature of individual signing on behalf of debtor

                                          **John Juric**
                                          Printed name

                                          **Chief Financial Officer**
                                          Position or relationship to debtor

Official Form 202                        Declaration Under Penalty of Perjury for Non-Individual Debtors